# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Jenny Johnson and Mary Bah, | Civil No. 10-5001 (RHK/LIB) |
| Plaintiffs, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Lang-Nelson Associates Incorporated, | |
| Defendant. | |

Based upon the parties' Stipulation for Dismissal with Prejudice (Doc. No. 22), **IT IS ORDERED** that all claims asserted by Plaintiffs Jenny Johnson and Mary Bah in the above-entitled action against Defendant Lang Nelson Associates Incorporated, including all claims for attorneys' fees, are **DISMISSED WITH PREJUDICE** and on the merits, without cost to any of the parties hereto.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 9, 2012

                                           s/Richard H. Kyle
                                           RICHARD H. KYLE
                                           United States District Judge